GRODSKY & OLECKI LLP
Michael J. Olecki (SBN 133629)
Email:  Michael@Grodsky-Olecki.com
Courtney Puritsky (SBN 251330)
Email:  Courtney@Grodsky-Olecki.com
2001 Wilshire Boulevard, Suite 210
Santa Monica, CA 90403
Telephone: (310) 315-3009
Facsimile:  (310) 315-1557

Attorneys for Plaintiff
JASON A. DEATS

FILED
CLERK, U.S. DISTRICT COURT

APR 2 3 2010

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT,

## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JASON ANDERSON DEATS, an individual, | Case No.: CV09-6322 PSG (CTx) (PJWx) |
|---|---|
| Plaintiff, | |
| v. | Assigned to the Hon. Philip S. Gutierrez, Ctrm. 880 |
| COUNTY OF ORANGE; CITY OF LAKE FOREST; ORANGE COUNTY SHERIFF'S DEPUTY M. LEFLORE, an individual; ORANGE COUNTY SHERIFF'S DEPUTY D. HENNESSEY, an individual; ORANGE COUNTY SHERIFF'S DEPUTY J. PUCKETT, an individual; and DOE DEFENDANTS 1-10, | Referred to Magistrate Judge Carolyn Turchin, Ctrm. 590 |
| | **DISCOVERY MATTER:** |
| | [PROPOSED] PROTECTIVE ORDER  PJW |
| Defendants. | [Stipulation for Protective Order Submitted Concurrently] |

*Note changes to proposed order. (new R 13 provides under seal filings governed by Local Rule 79-5.   PJW*

IT IS HEREBY ORDERED that:

1.     Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, that this Order shall govern the handling of any information produced or disclosed by any party or non-party in this Action.

2.     For the purposes of this Protective Order, "Confidential Information" is testimony, written or recorded materials, and information in any other form, produced or disclosed by any party in connection with discovery or other proceedings in this case, which a party contends in good faith contains confidential, or proprietary information which discusses, relates or refers to financial data, employee records, or other business activities of any party hereto.

3.     Confidential Information shall be designated as such by the person producing it as follows:

(A)     In the case of documents, discovery requests, discovery responses and other things, the producing party shall indicate at or before the time of disclosure that the materials or information is confidential by marking it "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEY'S EYES ONLY" or putting some other similar designation thereon.

(B)     In the case of deposition transcripts and exhibits to those depositions, counsel for the party designating the testimony or exhibits as confidential shall make a statement on the record to designate the portions of the record (including exhibits) containing Confidential Information. If such a designation is made, the original and each copy of the deposition transcript (including exhibits) shall bear the legend "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEY'S EYES ONLY" on the cover page. A party shall have up to fifteen (15) days after receipt of a deposition transcript to designate it "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEY'S EYES ONLY" on the cover page.

4.     All discovery marked "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEY'S EYES ONLY" shall be used solely for the purpose of conducting this litigation and not for any business or other purpose.

5.     For purposes of conducting this litigation, documents marked "CONFIDENTIAL – ATTORNEY'S EYES ONLY," or any summary or abstract thereof, may be disclosed, directly or indirectly, only to the following persons:

(A)     The United States District Court, Central District of California and all other clerks and other personnel in the United States District Court, Central District of California, before which this action is pending;

(B)     The counsel of record for the parties in this matter, and any office personnel employed by the counsel of record working under the direct supervision of said counsel;

(C)     Experts or other persons necessarily retained by counsel to assist in the preparation of this litigation for trial, provided that said experts and consultants comply with this agreement in full and read, sign and agree to be bound by all of its terms by executing the agreement marked as Exhibit A.

6.     For purposes of conducting this litigation, documents marked "CONFIDENTIAL," or any summary or abstract thereof, may be disclosed, directly or indirectly, only to the following persons:

(A)     All persons to whom documents marked "Confidential – Attorney's Eyes Only" may be disclosed;

(B)     Any individual party (including Jason Anderson Deats, Orange County Sheriff's Deputy M. LeFlore, Orange County Sheriff's Deputy J. Puckett, and Orange County Sheriff's Deputy D. Hennessey); County of Orange Risk Management Office personnel; and any additional officers, directors, and employees of the public entity defendants who execute a copy of Exhibit A hereto;

(C)     Third-party witnesses who already have access to the Confidential Information.

7.     If any party deems it necessary to disclose Confidential Information to persons other than those designated above, such party must obtain written permission from the designating party prior to any disclosure of Confidential Information.  If a request for such permission is denied by the designating party, then the party seeking disclosure may apply to the Court for permission to do so.

8.     When any Confidential Information is filed with the United States District Court, Central District of California, which is designated "CONFIDENTIAL" or "CONFIDENTIAL – FOR ATTORNEY'S EYES ONLY," it shall be maintained under seal with the United States District Court, Central District of California, pursuant to this Order with respect to any applicable court procedures, or as otherwise ordered by this Court.  In so doing, they shall be filed in a sealed envelope.  This envelope will contain an indication of the general nature of the contents of the envelope, and shall have endorsed thereon the title and docket number of this action and a boldface label placed conspicuously on the front of the envelope stating:

"THIS ENVELOPE CONTAINS DOCUMENTS, THINGS, OR TESTIMONY WHICH ARE 'CONFIDENTIAL' [OR 'CONFIDENTIAL – ATTORNEY'S EYES ONLY'] AND SUBJECT TO THE TERMS OF A PROTECTIVE ORDER OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA.  IT IS NOT TO BE OPENED OR THE CONTENTS DISPLAYED OR REVEALED EXCEPT TO THIS COURT AND ITS STAFF."

9.     Other than the Court (including its clerks, reporters and staff) and counsel, who have appeared of record in this case, including partners, associates, and employees of such counsel, each person to whom any Confidential Information is disclosed pursuant to this Stipulation and Order shall be advised that such

1    information is being disclosed pursuant to and subject to the terms of this Order of

2    the Court.

3         10.    Nothing in the parties' Stipulation and this Order (a) affects, in any

4    way, the admissibility of any documents, testimony, or other evidence at trial; or (b)

5    restricts the use of information obtained from sources other than discovery, motion

6    practice, or voluntary disclosure of information by any party conducted under the

7    terms of the parties' Stipulation and this Order.

8         11.    Within sixty (60) days after the termination of this litigation and the

9    expiration of the time for appeal, all originals and copies of any documents

10   containing Confidential Information, and all extracts of such documents shall be

11   returned to the party who produced such documents unless that party otherwise

12   agrees in writing.

13        12.    The parties' Stipulation and this Order may only be modified by written

14   agreement of the parties, subject to the approval of the Court, or by the Court upon

15   good cause shown.

16   13. Under seal filings will be governed by local Rule 79-5.

17   IT IS SO ORDERED.

18

19   Dated: 4/23/2010

20

   Magistrate   Judge ~~Carolyn Turchin~~ Patrick J. Walsh

21   UNITED STATES MAGISTRATE

22

23

24

25

26

27

28